# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT TOWNSEND, | ) | 1:10-cv-0470 LJO SKO |
| | ) | |
| Plaintiff pro se, | ) | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY |
| v. | ) | |
| | ) | (Doc. 12) |
| APPLIED CONCEPTS, INC. dba Stalker Radar, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court in this civil rights action pursuant to 42 U.S.C. § 1983 is Plaintiff's motion for leave to file electronically in this matter under Local Rule 133(b)(3). (Doc. 12.)

Good cause having been shown, Plaintiff's motion is GRANTED.

IT IS SO ORDERED.

**Dated:   April 23, 2010**              /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE