Robert Townsend
P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580

Attorney for: In pro per

FILED
MAY 10 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

LODGED
MAY 07 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT TOWNSEND,

    Plaintiff,

vs.

STATE OF CALIFORNIA, APPLIED CONCEPTS, INC, ET AL.

    Defendants.

CASE NO. 1:10-CV-00470-LJO-SKO

STIPULATED DISMISSAL

~~[PROPOSED]~~

ORDER

Assigned Judge: Lawrence J. O'Neill

---

IT IS STIPULATED, by and between Plaintiff in Pro Per, and Defendant Applied Concepts, Inc, through it's counsel of record and subject to the approval of the Court:

1. All claims presented by the complaint in this action shall be dismissed without prejudice as to Applied Concepts, Inc, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. Each party shall bear that party's own costs and attorney's fees.

STIPULATED DISMISSAL [PROPOSED] ORDER

Page 1

Dated: May 4, 2010

For the plaintiff ROBERT TOWNSEND:

By: _____ [signature]
ROBERT TOWNSEND

Attorney for: In pro per

For the defendant APPLIED CONCEPTS, INC.:

Michael Angelo Vacchio A Professional Law Corporation

By: _____ [signature]
Michael A. Vacchio
Attorneys for Defendant APPLIED CONCEPTS, INC

## ORDER

The Court has reviewed the Stipulation set forth above and finds it to be in order and in the interests of justice in this matter. Therefore,

IT IS ORDERED that:

1. This action is dismissed;

2. Each party bears that party's own costs.

Dated: May 10, 2010          _____ [signature]
UNITED STATES DISTRICT JUDGE

STIPULATED DISMISSAL [PROPOSED] ORDER